```
IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| CRAIG RAWSON and LORRAINE HERRERA, | No   C 09-0487 VRW |
| Plaintiffs, | ORDER |
| v | |
| HOMECOMINGS FINANCIAL, GMAC FINANCIAL SERVICES CORP, RESIDENTIAL FUNDING COMPANY, and DOES 1-50, inclusive | |
| Defendants. | |

Defendants Homecomings Financial, GMAC Financial Services Corp and Residential Funding Company ("defendants") move to dismiss the action pursuant to FRCP 41(b).  Doc #31.  Plaintiffs have not submitted a response to defendants' motion, and the deadline for doing so has passed.

Plaintiffs are ORDERED to SHOW CAUSE in writing on or before October 29, 2009 why defendants' motion should not be granted.  Failure to respond to this order shall be deemed grounds

to grant the motion.  The hearing scheduled for October 15, 2009 is hereby VACATED.  The court will submit the matter on the papers unless a hearing becomes necessary.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge